IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED 2025 MAR 10 A 11: 34

Timothy T. Burkett )
_____ )
  Plaintiff(s), )
 )    CIVIL ACTION NO. 2:25-cv-00191-ECM-CWB
 )
 )    JURY DEMAND (MARK ONE)
 )
v. )    ☒ YES   ☐ NO
Governor Kay Ivey )
_____ )
  Defendant(s). )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 220 59th Way S; Birmingham, AL 35212; 659-253-3412

2. Name and address of defendant(s): Governor Kay Ivey; 600 Dexter Avenue; Montgomery, AL 36130

3. Place of alleged violation of civil rights: Holman Prison; 1240 Ross RD; Atmore, AL; 36502

4. Date of alleged violation of civil rights: October, 2024

5. State the facts on which you base your allegation that your constitutional rights have been violated: Kay Ivey denied Deathrow inmates their 1st Amendment Right to Religion when she executed them without a passover supper. Deathrow inmates are Judeo-Christian and believe in the God of the Bible. Passover has been secularized since 1965 with the publication of the Passover Plot by Hugh J. Schonfield. I asked Governor Ivey to pay these executed inmates next of kin of record $50,000.

1

6. Relief requested: I sent Governor Ivey a mailing containing all the particulars about wrongful death of deathrow inmates. These particulars included both Alabama Statute and Black's Law Dictionary definition. That was over 90 days ago. I want the court to require that Governor Kay Ivey answer my mailing. I am a registered voter and may correspond with public officials about compelling public issues. We know Capital punishment is always of compelling public interest because it is always in media when it occurs. I want the court to require Governor Ivey to answer my mailing.

Date: February 24, 2025

Timothy T. Burkett

Plaintiff(s) Signature

2

Timothy T. Burkett
220 59th Way South
Birmingham, AL 35212

**CERTIFIED MAIL**

9589 0710 5270 2115 3685 08

Retail 

36104

U.S. POSTAGE
FCM LETTER
BIRMINGHAM
MAR 07, 2025
$6.14
S2324D50152

RDC 99

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104-4018