IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. BURKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-191-ECM |
| KAY IVEY, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

On April 29, 2025, the Magistrate Judge entered a Recommendation (doc. 13) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Magistrate Judge's Recommendation (doc. 13) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 25th day of June, 2025.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] While the Plaintiff did not file objections to the Recommendation, he did file a letter in which he appears to criticize the use of "legalese" in the Recommendation. (Doc. 14).  Attached to his letter is a copy of the Recommendation, which he states he was returning because, according to him, it is "obsolete." (*Id.*).  To the extent he intended his letter to operate as objections to the Recommendation, the objections are reviewed for clear error and are due to be overruled.